PROB 35        **ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:08CR00387-AWI** |
| ) | |
| **Felipe CAMPOS** ) | |
| ) | |

On March 4, 2002, the above-named was sentenced to seventy months custody of the Bureau of Prisons with a three-year term of supervised release to follow. Supervision commenced on March 30, 2007. Mr. Campos has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                                                  Respectfully submitted,

                                                  /s/ Sandra K. Dash

                                                  **SANDRA K. DASH**
                                          **United States Probation Officer**

Dated:        March 10, 2009
                Modesto, California
                SKD:lr

**REVIEWED BY:**    /s/ Deborah A. Spencer
                         **DEBORAH A. SPENCER**
                         **Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re: **Felipe CAMPOS**
  **Docket Number: 1:08CR00387-AWI**
  **ORDER TERMINATING SUPERVISED RELEASE**
  **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Felipe Campos be discharged from supervised release, and that the proceedings in the case be terminated.

SKD:lr

Attachment: Recommendation

cc: United States Attorney's Office


IT IS SO ORDERED.

| | |
|---|---|
| Dated: **March 10, 2009** | /s/ Anthony W. Ishii |
| | CHIEF UNITED STATES DISTRICT JUDGE |